*Jesse P. Gram, Frederick L. Allen* and *Murray Downs* for appellant.

*Frederick M. Czaki* and *Marion Erwin* for respondent.

Order affirmed, with costs, and question certified answered in the negative; no opinion.

Concur: WERNER, HISCOCK, CHASE, COLLIN, HOGAN, MILLER and CARDOZO, JJ.

---

LONDON AND SOUTHWESTERN BANK, LIMITED, Appellant, *v.* WILLIAM N. WHITE, Respondent.

*London & Southwestern Bank, Ltd.,* v. *White,* 162 App. Div. 739, affirmed.
(Argued September 29, 1914; decided October 13, 1914.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered May 29, 1914, which affirmed an order of Special Term vacating a judgment against defendant entered upon confession.

*Edgar M. Doughty* for appellant.

*Charles Caldwell* for respondent.

Order affirmed, with costs; no opinion.

Concur: WERNER, HISCOCK, CHASE, COLLIN, HOGAN, MILLER and CARDOZO, JJ.

---

In the Matter of the Application of BARNETT L. HOL-LANDER et al, Respondents, to Have Determined and Enforced Their Lien for Services as Attorneys for ISAAC VORON et al., Appellants.

*Matter of Hollander,* 163 App. Div. 952, affirmed.
(Argued September 29, 1914; decided October 13, 1914.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered

June 19, 1914, which affirmed an order of Special Term fixing the value of certain services rendered by petitioners as attorneys.    Also motion to dismiss said appeal.

*Alexander Thain* and *Louis I. Grossfield* for appellants.

*Barnett L. Hollander* and *Edgar J. Bernheimer* for respondents.

Motion denied.    Order affirmed, with costs; no opinion.
Concur: WERNER, HISCOCK, CHASE, COLLIN, HOGAN, MILLER and CARDOZO, JJ.